AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-10-0974

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES OF AMERICA

was received by me on *(date)* 3/4/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* N.A. _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES
OF AMERICA _____ on *(date)* 3/4/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/4/10

_____
Server's signature

Scott Siskin, Attorney
Printed name and title

110 East 59' St., NY, NY 10022
Server's address

Additional information regarding attempted service, etc: